IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WAYNE HOGAN                                                                                    PLAINTIFF

v.                                          No. 3:07CV00058 JLH

TRAVELER'S INDEMNITY COMPANY, d/b/a
THE CHARTER OAK FIRE INSURANCE COMPANY                                DEFENDANT

## ORDER

Without objection, defendant's motion to extend the discovery and motions deadlines is GRANTED. Document #13. The discovery deadline is extended up to and including January 4, 2008, and the motions deadline is extended up to and including January 11, 2008.

IT IS SO ORDERED this 5th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE